Before the Second Division, June 2, 1966

**No. P66/77.**—The Cottrell Co. and J. J. Gavin & Co., Inc. *v.* United States, protests 65/757, etc. (New York).

FORD, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of slitting machines and parts thereof, which parts are dedicated to use on or for said slitting machines, similar in all material respects to those the subject of *J. J. Gavin & Co., Inc., and The Cottrell Company et al.* v. *United States* (54 Cust. Ct. 414, Abstract 69266), the claim of the plaintiffs was sustained.